UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Group 1 Automotive, Inc., et al.,

                  Plaintiff(s),                        Case No.  20-11264

v.                                             Honorable  Sean F. Cox

Tokai Rika, Co. Ltd., et al.,             Magistrate Judge  Michael J. Hluchaniuk

                  Defendant(s).

_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

       This case appears to be a companion case to Case No. _____12-md02311_____. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Marianne O. Battani_____ and Magistrate Judge _____.

                                         s/Sean F. Cox_____
                                         Sean F. Cox
                                         United States District Judge

                                       s/Marianne O. Battani_____
                                         Marianne O. Battani
                                         United States District Judge

       Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
       Case type: _CIVIL_____

       If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: _May 26, 2020_____            s/N. Ahmed_____
                                                 Deputy Clerk

cc:   Parties and/or counsel of record
       Honorable Marianne O. Battani